# Order

Michigan Supreme Court
Lansing, Michigan

July 19, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

153081(110)

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellant,

v

KENYA ALI HYATT,
        Defendant-Appellee.
_____/

SC: 153081
COA: 325741
Genesee CC: 13-032654-FC

On order of the Chief Justice, the motion of the Michigan Attorney General to file a late amicus curiae brief is GRANTED. The amicus brief submitted on July 14, 2017, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 19, 2017



Clerk